ROBERT GREEN, RELATOR, v. W. HARRY JONES, BUILDING INSPECTOR, AND VENTNOR CITY, RESPONDENTS.

Decided January 31, 1927.

Building Permits—Permit Refused on Ground That There Were Restrictive Covenants in the Deed—Held, That Existence of Such Covenants is Not a Matter of Concern to Building Inspector.

On rule for *mandamus.*

Before Justices BLACK and CAMPBELL.

For the relator, *Clarence L. Cole.*

For the respondents, *Hiram Steelman.*

Supreme Court—Rudnevitz v. Bigelow.

PER CURIAM.

Relator is the owner of lands in the city of Ventnor. There is a cottage upon the lands and the lands are subject to certain building restrictions or restrictive covenants.

Relator applied to the building inspector for a permit to make certain alterations to the dwelling-house.

The permit was refused upon the ground that the changes and alterations contemplated would be in violation of the restrictive covenants against the lands. The present rule to show cause was then applied for and allowed.

The existence of these covenants and their probable violations are a matter of no concern to the building inspector and form no legal basis for his refusal to issue the permit applied for. *Pumo* v. *Fort Lee,* 4 *N. J. Mis. R.* 663.

A peremptory writ of *mandamus* as prayed for will issue.